## MICHAEL MITCHELL *v.* COMMISSIONER OF CORRECTION

The petitioner Michael Mitchell's petition for certification for appeal from the Appellate Court, 109 Conn. App. 758 (AC 27957), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided November 24, 2008